UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
8/1/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Triston Davis R56357
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

- Honorable Judge Thomas J.
Byrne at Cook County
2650 South California Room 702
- Chicago Police ~~officers~~
~~Lee~~ CPD District 002
officer Lee

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: ~~eee~~ 17C3045
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY: **AMENDED COMPLAINT**

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Triston Davis R56357

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: IRCC

    E. Address: IRCC Canton IL 61520 PO Box 999

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Lee

        Title: CPD Chicago Police officer

        Place of Employment: District 002

    B. Defendant: Honorable Judge Thomas J. Byrne

        Title: Judge

        Place of Employment: Cook County 2650 California Room 207

    C. Defendant: CPD District 002

        Title: K9 unit, under cover officer Lee

        Place of Employment: City of Chicago

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

IV. Statement of Claim (false arrested) - un Reasonable search and seizure and to avoid Self-Incrimination

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

on Date:

I was stoped and frisk arising from suspicion That I was selling Drag, one no Drugs was find or mark money find on me it should'nt escalate to arrest and detention without probable cause, only should I have Been detain temporarily without a warrant (now There is no evidence in The Record about my whereabouts) Lack of a legally sufficient evidentiary basis for a reasonable fact-finder to rule in favor of The party who bears The burden of proof no person shall be compelled in a criminal case to give evidence against himself, under Illinois Law, The primary Rule for statutory construction is to give effect to The intent of The Legislature and The best (evidence) of That intent is The plain meaning of The Language 720 570/401(d)(i) delivery of a controlled substance. no evidence which was not presented is insufficient to establish probable cause That The alleged crimes were commited by The defendant.

4

Revised 9/2007

in Trial Lee CPD officer stated that a video was to Dark to see me. is Lacking probable cases to the alleged crimes. That unreasonable in itself, becomes more unsatisfactory because failure to introduce peer-Record Bills That was not find on me in corroboration positive support probable cases which was within Their reach and could have been produced by Them if where abouts and alleged crimes were True. I Plaintiff stress That it is unreasonable search and scrure win no pre-Record Bills or Dung or uhlawfully ho me to arrseted me goveing violated Right under Amendment IV of The Bill of Rights no haveing supported probable cases of intent who ever, it was a failure to introduce exculpatory evidence insufficient evidence to grand jury cuz arrest Report stat none was find, offices Lee of CPD Dis 002 Hearsay as misrepesentation of fact without finding to support That That ALLeged crimes But show insufficient EVIDENCE TO ESTABLISH PROBABLE CAUSE That The ALLEGED CRIMES were commiTTed by The Plaintiffs.(were The evidence befor The grand jury is insufficient To establish The identity of The accused and probable cause to arrest. in fact There must Be sufficient evidence to find probable cause for arrest to why I was Accused.

I have The Right not to self-incrimination on The street

I also Talk to alot of people for Resoucrs To keep for Steeping on The street or doing unlawful Thang That will incrimination on me for I was falesly arrested and Falesly Detin after search of me not have unlawfut of haveing Drug and pre-Recoound Bill, it is A violated Amandment Rigth of constitution

The Trial CourT erred and manifestly Abused It's Discretion when The court committed Reversable Error In a criminal Proceeding where The Trial Judge ~~Total~~ Honorable Thomas J. Byrne Violated It's own Judicial code when The court Side with prosecution IN A criminal proceeding where no Evidence ~~to show~~ Recaver from me to show inten or probable caese was produced ~~to convict~~ to why¡ Was Accused There by Violated my 4th Amendment conslitution Rights also in court Room 207 Violated my 5th Amendment by shifting bunden of proving intent away from State Article I - B.ll of Rights Section 10 - no person shall be compelled in a criminal case to give evidence against himself nor be twice put in jeopardy for The same offense Judge Thomes Stated on Record of transcript on september 21, 2016 ("That There was no EVIDENCE on Bout Side") gaves Raise to that 5th Amendment of The constitional right, Judge Thomes also stated That it's a matter of constitutional, clean error denied my motion for Transcripts and post-conviction

clear absence of all jurisdiction by stateing on Record That There was no evidence on Bout There side.

IV. Statement of Claim: *actual injury:* Clear absence of all Jurisdiction by violateding 5th Amendment Article 1. Bill of Rigths section 10. self-incrimination.
State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

no person shall be compelled in a criminal case to give evidence against him self and have The Right to avoid self-incrimintion to to accused

I have filed a post-conviction to The same Judge Thomas J. Room 207 That I claim The Trial court Erred and manifestly Abused It's Discretion when The court committed Reversable Error in A criminal Proceeding where The Trial Judge violated It's own Judicial code when (The court Side with The prosecution) in A criminal proceeding where no Evidence was Produced As To Being Accused of a crime There by Denying my Right That no person shall be compelled in a criminal case to give evidence against him self of Article 1 Bill of Rigths section 10 and violateding my Rights of The 5th Amendment to The Right To avoid self-incrimintion as to The Law of Thing.

Judge Thomas on Record stated There is no evide on Both side is clear absence of all Jurisdiction with complaint facts showing what events gave rise to my claim with Statute Amendmnets at issue and provide in some detail, a description or an explanation of The circumstances leading up to and surrounding The complained-of arrest so That The court can draw a plausible inference That The arrest locked probable cause CPD District 002 "Lee" DID not have probable cause to arrest me i3 officer, under officer, k9 unit

Revised 9/2007

it was There JoB to have with That need But it stated on The Redline with The K9 Dogs DiDnt Detect no Drug, I get off The Redline and walk to wash cars at The carwash But I stop and smoke a newport with a Friend a woman walk up to me as i was putting my shoe on I Toll her I DID have no Drug Than a man in a car keep Drive by intill I Look at him Than he stop and get out to car walk up to me and I Toll him aswill I Don't have no Drug, my friend need Help to Doing pant in he Just have to go to his place to get his Tools and he Toll me he Be Back out I work to his place 3 Block up and I set on The Side walk intill he came out, But The man in The Black car walk up to me Looking for Drug I Toll him I Don't have no Darg and walk off win I came Back cop of CPD District 002 stop and frisk me put me in The car cuff up search around me and were I walk to and Back in my fridends yard Don't not recover unlawful Drug or pre-Record Bill - The office Then Till me That I sold Darg to a undo cover office it was no reson to stop me if There was k9 unit on The red line wood have arrest me

I close by stating here in all and ever Thing is True and gave Raise to more Theng one why I claim why I was false arrested and Decrimination and (Denying Mr. Davis Amendments Rights to Avoid Self-Incrimination aftenon a unReasonable search and seizare) <u>statment of over all Claim</u> it's clear attual injury That clerk of The cirecuit court Does not filed appeal win gaven to on October 19, 2016 win I was sentenced appear was NOT Transmitted to The appellate of That There offize was made aware of, The Director of The Paralegal Department should not had to Request my notice of appeal and appointment to begin processing in There offize in march 2016, That was The JoB of The clerk of The cirecuit court it is now may 16, 2017 date notice of appeal is now filed

V. Relief: 50,000 - 100,000 for Violated Aments of The B.ll of Rights.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. 30,000 - 100,000 for Violated Amendments of The Bill of Rights, for Fales arresting me win There was stoped and frisk no Drug or mark money on unlawful find on me, it should'nt escalate to arrest and detention, it also was with out probable cause to stop me and not from arising suspicion ~~probable~~ ~~to~~ can The court help me from not to Be follow around for Doing The Right thing cuz people can say a Lot of thing and it Don't gave suspicion of probable cause, for a un Reasonable Search an seizure

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22 day of June, 20 17

_John Davis_
(Signature of plaintiff or plaintiffs)

Triston Davis
(Print name)

R56357
(I.D. Number)

PO Box 998
Canton IL 61520
(Address)

6

Revised 9/2007

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT of ILLINOIS EASTERN DIVISION

___Triston Davis___ )
Plaintiff/Petitioner )
 )
Vs. ) No. 17 C 3045
 )
___People of The State___ )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of The U.S.
DISTRICT COURT
UNITED STATES COURTHOUSE
Chicago IL 60604

TO: _____

PLEASE TAKE NOTICE that on ___22, 2017___, 20_17_, I placed the attached or enclosed documents in the institutional mail at ___Illinois River___ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: ___22, 2017___

/s/ _[signature]_
Name: Triston Davis
IDOC#: R56357
Address: PO Box 999
Canton IL 61520

Subscribed and sworn to before me this _____ day of _____, 20_____.

_____
Notary Public

Case: 1:17-cv-03045 Document #: 11 Filed: 08/01/17 Page 11 of 11 PageID #:93

PO Box 999
Canton IL 61520



neopost
06/23/2017
US POSTAGE
$01.61⁰

FIRST-CLASS MAIL

ZIP 61520
041L11240050

2017 JUN 26 PM 12: 24
CLERK
U.S. DISTRICT COURT

U

INSPECTED
U.S. Marshals

OFFICE of
CLERK of the U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
Chicago, IL 60604

OFFICIAL BUSINESS

06/26/2017-16

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS